## State of Connecticut v. Geraldo Torres
### (13650)

O'Connell, Foti and Landau, Js.

Argued November 8—decision released November 29, 1994

*Lauren Weisfeld,* assistant public defender, for the appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *C. Robert Satti, Jr.,* assistant state's attorney, for the appellee (state).

PER CURIAM. This case[1] is controlled by *State* v. *Kelly,* 23 Conn. App. 160, 580 A.2d 520, cert. denied, 216 Conn. 831, 583 A.2d 130 (1990), cert. denied, 499 U.S. 981, 111 S. Ct. 1635, 113 L. Ed. 2d 731 (1991).

The judgment is affirmed.

---

[1] This appeal was taken originally to the Supreme Court. Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.